No. 79–832.  DEAN v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 79–833.  KONDRAT v. CITY OF WILLOUGHBY HILLS ET AL. C. A. 6th Cir.  Certiorari denied.

No. 79–835.  WILSON ET AL. v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–839.  IRONS & SEARS v. COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. D. C. Cir.  Certiorari denied.

No. 79–840.  WICKHAM CONTRACTING Co., INC., ET AL. v. ROBERT J. HARDER, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–842.  RIVERSIDE MEMORIAL MAUSOLEUM, INC., T/A DELAWARE VALLEY MEMORIAL CENTER, ET AL. v. SONNEN-BLICK-GOLDMAN CORP.  C. A. 3d Cir.  Certiorari denied.

No. 79–846.  BRAMSCHER, TRUSTEE IN BANKRUPTCY v. ZAHN ET UX.  C. A. 7th Cir.  Certiorari denied.

No. 79–858.  KIRKPATRICK v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 79–849.  SMITH'S FOOD KING v. RETAIL CLERKS UNION, LOCAL 1442, RETAIL CLERKS INTERNATIONAL ASSN., AFL–CIO. C. A. 9th Cir.  Certiorari denied.

No. 79–853.  ELIAS ET AL. v. A & C DISTRIBUTING Co., INC., ET AL.  Ct. App. Tenn.  Certiorari denied.